# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| WESTERN ENERGY ALLIANCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR, *et al.*, <br><br> Defendants, and <br><br> THE WILDERNESS SOCIETY, *et al.*, <br><br> Defendant-Intervenors. | Case No. 2:16-cv-01267 <br><br> **ORDER CONTINUING STAY OF LITIGATION** |

This case has been stayed by joint motion of the Plaintiffs and Defendants. As directed by the Court, on December 6, 2023, the parties advised the Court that the stay should be continued for an additional 90 days. For good cause shown, the case shall remain stayed for 90 days from the date of this order. At the end of the 90-day stay period, the parties (including Intervenors) shall submit a status report advising the Court whether a continued stay is warranted or if litigation deadlines should be reinstated, in which case the parties shall propose a revised litigation schedule.

IT IS SO ORDERED.

DATED this 7th day of December 2023.

Dale A. Kimball
United States District Judge